**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Garcia-Galindo

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ0949 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **EZEQUIEL GARCIA-GALINDO,** | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: April 2, 2008             _s/ Bridget Kennedy_____
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Mr. Garcia-Galindo
                                 _bridget_kennedy@fd.org_

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  April 2, 2008                          */s/ Bridget L. Kennedy*
                                               **BRIDGET L. KENNEDY**
                                               Federal Defenders of San Diego, Inc.
                                               225 Broadway, Suite 900
                                               San Diego, CA  92101-5030
                                               (619) 234-8467  (tel)
                                               (619) 687-2666  (fax)
                                               bridget_kennedy@fd.org